

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2015

No. 04-15-00163-CR

Elias **RAMON-SANCHEZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0486-CR-A
Honorable W.C. Kirkendall, Judge Presiding

## ORDER

      The Appellant's First Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to October 23, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:      Gregory Sherwood                   Heather McMinn
             Attorney at Law                     25th Judicial District Attorney
             P.O. Box 200613                    211 W. Court St., Suite 260
             Austin, TX 78720                   Seguin, TX 78155